**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 93-cr-00321-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Anthony Terell Swan,

        Defendant.

---

ORDER WITHDRAWING PETITION AND QUASHING WARRANT

---

        This matter is before the Court upon the report of the probation officer regarding defendant's pending Denver County Court case no. 06-M-14267.  The probation officer filed a petition on supervised release based on new criminal charges filed against the defendant in Denver.  The Court has now been advised that these charges were dismissed December 13, 2006.  Accordingly, it is hereby

        ORDERED that the petition on Supervised Release filed by the probation department dated April 24, 2006, be withdrawn.  It is

        FURTHER ORDERED that the warrant which was issued May 1, 2006, based on the probation officer's petition, be quashed.

        DATED at Denver, Colorado, this   14th   day of December, 2006

        BY THE COURT:


          s/Lewis T. Babcock
        LEWIS T. BABCOCK
        Chief United States District Judge