PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. ANTHONY TERRELL SWAN                           Docket Number: 93-cr-00321-LTB-01

**Amended Petition for Violations of Supervised Release**

COMES NOW, Kurt Pierpont, probation officer of the court, presenting an official report upon the conduct and attitude of Anthony Terrell Swan who was placed on supervision by the Honorable Lewis T. Babcock sitting in the court at Denver, Colorado, on the 2nd day of September, 1994, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall reside in a community corrections center for a period of six (6) months to commence upon bed space availability, and shall observe the rules of that facility. Said community corrections center placement was vacated October 18, 2005.

    **As modified June 14, 2007:**

2. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that this petition amend the original petition which was filed in this matter dated January 8, 2008.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this __21st__ day of July, 2009, and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Kurt Pierpont |
| | Kurt Pierpont<br>Senior U.S. Probation Officer |
| s/Lewis T. Babcock | |
| Lewis T. Babcock<br>Senior U.S. District Judge | Place: Denver, Colorado<br>Date: July 16, 2009 |

**ATTACHMENT**

On June 10, 2005, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on October 17, 2005.

The defendant has committed the following violations of supervised release:

**1.      VIOLATION OF THE LAW**

On or about June 26, 2007, the defendant committed 2nd Degree Burglary of a Building, in violation of Colorado Revised Statute 18-4-203(1). This is a class 4 felony offense, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

On June 26, 2007, defendant was arrested by Denver police for investigation of 2nd Degree Burglary. Case No. 2007CR3818 was subsequently filed in Denver District Court charging defendant with 2nd Degree Burglary of a Building. On March 13, 2008, the defendant appeared with counsel, Nikea Tanisha Bland, and entered a plea of guilty to the charge. On that same date, the defendant was sentenced to the Colorado Department of Corrections for a term of eight (8) years, plus a 36 month mandatory period of parole, to run concurrent with Arapahoe County District Court case number 2007CR3519. Costs and fees were also assessed of $372.50. The defendant is currently serving this sentence at the Kit Carson Correctional Facility, Burlington, Colorado, DOC number 140342.

**2.      VIOLATION OF THE LAW**

On or about December 17, 2007, the defendant committed 2nd Degree Burglary of a Building in violation of Colorado Revised Statute 18-4-203(1). This is a class 4 felony offense, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

On December 18, 2007, we were notified by the Arapahoe County Sheriff's Department that defendant had been arrested and was in custody at the Arapahoe County Jail. Case No. 2007CR3519 was subsequently filed in the Arapahoe County District Court charging defendant with 2nd Degree Burglary (2 counts, Class 4 Felony), 1st Degree Burglary (Class 3 Felony), 3rd Degree Burglary (Class 5 Felony), Theft (Class 4 Felony), Criminal Mischief (Class 4 Felony), and Possession of Burglary Tools (Class 5 Felony). On February 19, 2008, the defendant, represented by counsel James T. Karbach, entered a plea of guilty to 2nd Degree Burglary of a Building and the remaining charges were dismissed. On that same date, the defendant was sentenced to the Colorado Department of Corrections for a term of 12 years, plus a mandatory 36 month term of parole. The defendant was also credited with 64 days presentence confinement, and assessed costs and fees of $519. The defendant is currently serving this sentence at the Kit Carson Correctional Facility, Burlington, Colorado, DOC number 140342.